**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 630 EAL 2019

         Respondent                  :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

         v.                           :

                                  :

SALVATORE F. CHIMENTI,           :

                                  :

         Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.